# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RICHARD OLIVIER,<br><br>  Plaintiff,<br><br>vs.<br><br>NDEX WEST, LLC; AMERICA'S HOME SERVICING COMPANY, and DOES 1-50, inclusive,<br><br>  Defendants. | Case No.: 1:09-CV-00099-OWW-DLB<br>Hon. Oliver W. Wanger<br>Ctrm 3 - Fresno<br><br>**ORDER CONTINUING HEARING ON WELLS FARGO HOME MORTGAGE'S MOTIONS TO DISMISS PLAINTIFF'S COMPLAINT AND TO EXPUNGE LIS PENDENS**<br><br>Complaint filed: December 12, 2008 |

The motion of Defendant WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. ("Wells Fargo") to dismiss Plaintiff Richard Olivier's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted and motion to expunge lis pendens was set for hearing on April 13, 2009 at 10:00 a.m. before the Honorable Oliver W. Wanger. Jarlath M. Curran, II of the Law Firm of Severson & Werson appeared on behalf of Wells Fargo. Plaintiff Richard Olivier appeared personally. There were no other appearances.

| | |
|---|---|
| 1 | The Court continued the hearing on Wells Fargo's motions to allow plaintiff |
| 2 | time to obtain new counsel. While plaintiff is seeking new counsel, plaintiff's |
| 3 | address for service is 1155 Sorrel Avenue, Lemoore, CA 93245, telephone number |
| 4 | 559-925-9685. Good cause appearing, |

**IT IS HEREBY ORDERED** that the hearing on Defendant Wells Fargo's motions to dismiss plaintiff's complaint and expunge lis pendens is continued to July 20, 2009, at 10:00 a.m. in Courtroom 3.

DATED: 4/22/2009          /s/OLIVER W. WANGER
                                        HONORABLE OLIVER W. WANGER