```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF CALIFORNIA


RICHARD OLIVIER,              )
                              )
          Plaintiff           )    1:09-cv-0099 OWW DLB
                              )
     v.                       )    ORDER TO SHOW CAUSE AS TO
                              )    DISMISSAL OF REMAINING
NDEX WEST, LLC,               )    DEFENDANTS
                              )
          Defendant           )
_____)
```

The motion to dismiss and motion to expunge lis pendens filed by Defendant Wells Fargo Inc., erroneously sued in the name of its subsidiary America's Home Servicing Company, was granted on August 12, 2009.  Doc. 22.  Plaintiff did not appear or request leave to amend.  *Id*. at 13.  One named defendant, NDEX West, LLC, ("NDEX"), as well as Does 1 through 50, remain in the case.  Plaintiff is hereby ordered to appear before this Court on September 28, 2009, in Courtroom 3, Uhited States Courthouse 2500 Tulare Street, Fresno, CA 93721,Nat 10:00 a.m. to show cause why the claims against NDEX should not be dismissed for lack of prosecution.

IT IS SO ORDERED.

Dated:   August 29, 2009                /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1