1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| RICHARD OLIVIER,<br><br>    Plaintiff,<br><br>vs.<br><br>NDEX WEST, LLC; AMERICA'S HOME SERVICING COMPANY, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 1:09-CV-00099-OWW-DLB<br>Hon. Oliver W. Wanger<br>Ctrm 3 - Fresno<br><br>**ORDER ON DEFENDANT WELLS FARGO HOME MORTGAGE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION TO EXPUNGE LIS PENDENS**<br><br>Complaint filed: December 12, 2008 |

The motion of Defendant WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A. ("Wells Fargo") to dismiss Plaintiff Richard Olivier's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted and motion to expunge lis pendens came on regularly for hearing on August 10, 2009 at 10:00 a.m. before the Honorable Oliver W. Wanger. Jarlath M. Curran, II of the Law Firm of

PDF created with pdfFactory trial version www.pdffactory.com

Severson & Werson appeared on behalf of Wells Fargo.  There were no other appearances.

The Court, after considering the moving papers and any opposition thereto, and the arguments of counsel in connection with this matter, took Wells Fargo's motions under submission.

On August 12, 2009, the Court granted Wells Fargo's motion to dismiss plaintiff's complaint for failure to state a claim and expunged the lis pendens.

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that Wells Fargo's motion to dismiss plaintiff's complaint for failure to state a claim is granted.

**IT IS FURTHER ORDERED** that the Notice of Pendency of Action (Lis Pendens) recorded on December 30, 2008 in the Official Records of the King County Recorder's Office as Instrument Number 0823729 is hereby expunged.

DATED:  October 22, 2009          /s/ Oliver W. Wanger
                                  HONORABLE OLIVER W. WANGER

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the page of 18 and am not a party to this action. I am employed in the City of Irvine, California. My business address is Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, California 92612.

On the date below I served the within document(s) described as: **(PROPOSED) ORDER ON DEFENDANT WELLS FARGO HOME MORTGAGE'S MOTION TO DISMISS PLAINTIFF'S AND MOTION TO EXPUNGE LIS PENDENS** on the interested parties in this action: ☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ address as stated on the attached mailing list.

| | |
|---|---|
| Richard Olivier<br>1155 Sorrel Avenue<br>Lemoore CA 93245 | Plaintiff |
| Mitchell W. Roth, Esq.<br>MW ROTH, PLC<br>13245 Riverside Drive, Suite 320<br>Sherman Oaks CA 91423 | Attorneys for Plaintiff RICHARD OLIVIER |
| Edward A. Treder, Esq.<br>Barrett, Daffin, Frappier, Treder & Weiss<br>917 S. Village Oaks Dr., Suite 200<br>Covina, CA 91724 | Attorneys for Defendant NDEX WEST, LLC |

☒ **BY MAIL** (C.C.P. § 1013(a)) - I deposited such envelope(s) for processing in the mail room in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

PDF created with pdfFactory trial version www.pdffactory.com

1  Executed on October 15, 2009 at Irvine, California.

2                                              By: _____
3                                                   JEANNINE R. WATSON

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07685/0308/763734.1                        -4-        (Proposed) Order Granting Motions to Dismiss and Expunge
                                                      Lis Pendens
                                                      Case No. 1:09-CV-00099-OWW-DLB

PDF created with pdfFactory trial version www.pdffactory.com